RE Mladen, Goran                                                                      Case No. 12-21659
          Debtor(s)                                                                              (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6470015123367 Amercian Homeward Residential P.O. Box 631730 Irving, TX 75063 | | H | 1st Mortgage account opened 1/05 on connection w/58 Dorset Rd., SAcarsdale, NY  VALUE $ 600,000.00 | | | X | 602,629.00 | 2,629.00 |
| ACCOUNT NO. 49569169 Bank Of America, N.a. 450 American St Simi Valley, CA 93065-6285 | | H | 1st mortgage account opened 2/07 in connection w/ 488 Porter St., Manchester, CT  VALUE $ 380,000.00 | | | X | 417,243.00 | 37,243.00 |
| ACCOUNT NO. 4489-6183-2143-2891 Pnc Bank, N.a. PO Box 3180 Pittsburgh, PA 15230-3180 | | | Revolving account opened 5/07 in connection w/488 Porter St., Manchester, CT  VALUE $ 380,000.00 | | | X | 105,047.00 | 105,047.00 |
| ACCOUNT NO. 3000016412520 State Farm Bank 3 State Farm Plaza Bloomington, IL 61791-0001 | | | Mortgage account opened 7/04 in connection w/ 786 Farmingtomn Ave., West Hartford, CT  VALUE $ 315,000.00 | | | X | 263,093.00 | |

__1__ continuation sheets attached

Subtotal (Total of this page) $ 1,388,012.00    $ 144,919.00

Total (Use only on last page) $           $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.
IN RE Mladen, Goran  Case No. 12-21659
        Debtor(s)                    (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 852741460600001<br>State Farm Fncl Svcs F<br>3 State Farm Plz<br>Bloomington, IL 61791-0001 | | | Revolving account opened 12/05 in connection w/786 Farmington Ave., West Hartford, CT<br><br>VALUE $ 315,000.00 | | | X | 75,790.00 | 23,883.00 |
| ACCOUNT NO.<br>Tax Collector Town of Manchester<br>41 Center ST.<br>CT 06045 | | H | 2008/2009 motor vehicle taxes<br><br>VALUE $ | | | X | 2,819.00 | 2,819.00 |
| ACCOUNT NO.<br>Webster Bank<br>10 Main Street<br>Bristol, CT 06010 | | H | 2nd mortgage on 58 Dorset Rd. Scarsdale, NY- incurred June, 2008<br><br>VALUE $ 600,000.00 | | | X | 496,000.00 | 496,000.00 |
| ACCOUNT NO.<br>MDC<br>Metropolitan District Hartford<br>555 Main St.<br>Hartford, CT 06142-0800 | | H | Water utility service<br>786 Farmington Ave W. Hartford, CT<br><br>VALUE $ | | | X | | 3,900.00 |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br>VALUE $ | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ 574,609.00  $ 522,702.00

Total (Use only on last page) $ 1,962,621.00  $ 667,621.00

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

Case 12-21659    Doc 65    Filed 10/05/12    Entered 10/05/12 16:35:18    Desc Main
IN RE Mladen, Goran                          Document    Page 4 of 7    Case No. 12-21659
            Debtor(s)                                                   (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Adduci Properties<br>81 Dennison Ridge Dr.<br>Manchester, CT 06040 | | H | Date of loan 2008 - business loan to Parkville Plaza, LLC (closed) - 80k loan plus 50k for work to be compited to space to be rented | | X | | 130,000.00 |
| ACCOUNT NO. 5584-1800-0752-5671<br>Advanta Bank Corp<br>PO Box 9217<br>Old Bethpage, NY 11804-9017 | | | Revolving credit account (credit card) opened 9/06 | | X | | 4,075.00 |
| ACCOUNT NO. 4636-6760-0291-6816<br>Bmw Bank Of North Amer<br>2735 Parleys Way<br>Salt Lake City, UT 84109-1663 | | | Revolving credit account (credit card) opened 5/05 | | X | | 12,518.00 |
| ACCOUNT NO. 4388-6420-3205-2667<br>Cap One<br>PO Box 85520<br>Richmond, VA 23285-5520 | | | Revolving credit account (credit card) opened 8/01 | | X | | 2,392.00 |

___3___ continuation sheets attached

Subtotal (Total of this page) $ 148,985.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.
Case 12-21659    Doc 65    Filed 10/05/12    Entered 10/05/12 16:35:18    Desc Main
                           Document      Page 5 of 7

IN RE Mladen, Goran
        Debtor(s)                                                Case No. 12-21659
                                                                      (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE. AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Capital One<br>P.O. Box 30281<br>Salt Lake City, UT 84130 | | H | credit terms (credit card) - incurred 2009 | | | X | 2,375.00 |
| ACCOUNT NO.<br>CBT Bank<br>7 Sycamore Street<br>Glastonbury, CT 06033 | | H | deficiency as a result of 2009 foreclosure on property located at 19 Thomas St., East Hartford, CT and 106 -108 Burnside Ave., East Hartford, CT (in the name of Eternal Motor Sports and XX Motor Sports) | | | X | 2,000,000.00 |
| ACCOUNT NO.<br>Chase Auto Finance<br>P.O. Box 901076<br>Forth Worth, TX 76101 | | H | Deficiency on 2007 Infinity repossessed 2009 | | | X | 10,000.00 |
| ACCOUNT NO.<br>Chase Card Services<br>P.O. Box 15298<br>Willmington, DE 19850 | | H | revolving credit account (credit card) incurred 2009 - | | | X | 1,589.00 |
| ACCOUNT NO.<br>Citicards Cbna<br>PO Box 6241<br>Sioux Falls, SD 57117 | | H | credit terms incurred 2008 | | | X | 21,417.00 |
| ACCOUNT NO.<br>Daniel Nazaro<br>100 Thomas St.<br>East Hartford, CT 06108 | | H | breach of contract - incurred 2008 | | | X | 300,000.00 |
| ACCOUNT NO.<br>DJB Construction<br>703 Hebron Ave<br>Glastonbury, CT 06033-5000 | | H | judgment on contract for home improvement for Parville Plaza, LLC incurred 2009 | | | X | 700,000.00 |

Sheet no. 1 of 3 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 3,035,381.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) (Cont.)

Case 12-21659    Doc 65    Filed 10/05/12    Entered 10/05/12 16:35:18    Desc Main
Document    Page 6 of 7

IN RE Mladen, Goran
_____
Debtor(s)

Case No. 12-21659
_____
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME. MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND. WIFE, JOINT. OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>EAF LLC<br>1120 West Lake CO Suite B<br>Buffalo Grove, IL 60089 | | H | | | | X | 8,467.00 |
| ACCOUNT NO.<br>FMC-Omaha Service CTR<br>Po BOX 542000<br>OMAHA, NE 68154 | | H | | | | X | 426.00 |
| ACCOUNT NO.<br>Ford Motor Credit<br>POB 542000<br>Omaha, NE 68154 | | H | remaining balance on lease of 2008 Ford Edge incurred 2010 | | | X | 657.00 |
| ACCOUNT NO.<br>GE Capital Retail BanK<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | | H | deficiency on repossesed Pace enclosed trailer - incurred 2009 | | | X | 13,544.00 |
| ACCOUNT NO. 1400020142257700<br>Gecrb/funancing<br>PO Box 6153<br>Rapid City, SD 57709-6153 | | | Installment account opened 7/07 | | | X | 8,927.00 |
| ACCOUNT NO.<br>Home Depot /CBSD<br>PO BOX 6497<br>Sioux Falls, SD 57111 | | H | credit terms extended incurred 2009/2010 | | | X | 25,000.00 |
| ACCOUNT NO. 176641900106609<br>Hsbc/yamaha<br>PO Box 5253<br>Carol Stream, IL 60197-5253 | | H | deficiency on a Quad incurred 7/01 - repossessed | | | X | 1,437.00 |

Sheet no. **2** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **58,458.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Kasden Fuel<br>340 Tolland Street<br>East Hartford, CT 06108 | | H | oil service incurred 2009 | | | X | 800.00 |
| ACCOUNT NO.<br>Lowes<br>PO Box<br>El Paso, TX 79998 | | H | credit terms extended incurred 2010 | | | X | 10,000.00 |
| ACCOUNT NO.<br>MDC<br>Metropolitan District Hartford Ct<br>555 Main St<br>Hartford, CT 06142-0800 | | H | water utility service 786 Farmington Ave. W. Hartford, CT | | | X | 3,900.00 |
| ACCOUNT NO.<br>Webster Bank<br>PO Box 1809<br>Hartford, CT 06144-1809 | | H | personal guaranty on line of credit Eternal Motor Sports incurred 2007 | | | X | 85,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **99,700.00**

Total  
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **3,342,524.00**