## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

```
-------------------------------------------------x
IN RE:                                              CHAPTER 11
GORAN MLADEN
DEBTOR                                              CASE NO.12-21659
-------------------------------------------------x
IN RE:
GORAN MLADEN                                        RE: ECF No. 74
MOVANT
        V.
STATE FARM BANK, F.S.B
CT BANK AND TRUST CO.
WEBSTER BANK, N.A.
OFFICE OF THE U.S. TRUSTEE
RESPONDENT(S)
_____X
```

### ORDER ON MOTION FOR STATUS OF SECURED CLAIMS

After notice and hearing on the Debtors' Motion to Determine Status of Secured Claims, (ECF No. 74, and there being no objection thereto and it having been represented that:

1. The fair market value as of the Petition Date, of the debtor's interest in real estate located at 786 Farmington Ave., West Hartford, CT, (hereinafter, "the Property"), is $316,875.03.

2. The liens on the Property are as follows:

   a) **First mortgage in favor of State Farm Bank, F.S.B., as recorded on the West Hartford Land Records on July 20, 2004 at Volume 3562, Page 86, which has an outstanding balance as of the Petition Date of $316,875.03. (See Proof of Claim #3).**

   b) **Second mortgage in favor of State Farm Bank, F.S.B, as recorded on the West Hartford Land Records on December 29, 2005, at Volume 3874, Page 295, which has an outstanding balance as of the Petition Date of $82,308.47. (See Proof of Claim #4).**

   c) **A Judgment Lien in favor of The Connecticut Bank and Trust Company, as recorded on the West Hartford Land Records on January 6, 2010, at Volume 4456, Page 583, which has an outstanding balance as of the Petition Date of $173,361.58.**

   d) **An Attachment in favor of Webster Bank, N.A., as recorded on the West Hartford Land Records on January 14, 2010, at Volume 4458, Page 563. which has an outstanding balance as of the Petition Date of $75,000.00.**

   e) **A Judgment Lien in favor of Webster Bank, N.A., as recorded on the West Hartford Land Records on May 3, 2010, at Volume 4481, Page 425, which has an outstanding balance as of the Petition Date of $89,928.15. (See Proof of Claim No. 6).**

   f) **An Attachment in favor of Webster Bank, N. A., as recorded on the West Hartford Land Records on January 25, 2010 at Volume 4460, Page 446, which**

has an outstanding balance as of the Petition Date of $85,000.00.

    g) **A Judgment Lien in favor of Webster Bank, N.A. as recorded on the West Hartford Land Records on May 31, 2011, at Volume 4580 Page 571, which has an outstanding balance as of the Petition Date of $103,792.26. (See Proof of Claim No. 6).**

**ACCORDINGLY IT IS ORDERED THAT:**

For the reasons stated in the motion, and pursuant to 11 U. S. C. §506(a), the extent to which the Debtor shall, in their Chapter 11 Plan, (hereinafter "the Plan"), treat each of the above described secured claims as "secured" or "unsecured" is as follows:

    a) **First mortgage in favor of State Farm Bank, F.S.B., as recorded on the West Hartford Land Records on July 20, 2004, at Volume 3562, Page 86, which has an outstanding balance as of the Petition Date of $316,875.03, shall be treated in the Plan as a wholly secured creditor.**

    b) **Second mortgage in favor of State Farm Bank, F.S.B, as recorded on the West Hartford Land Records on December 29, 2005, at Volume 3874, Page 295, shall be treated in the Plan as a wholly unsecured creditor in the amount of $82,308.47.**

    c) **A Judgment Lien in favor of The Connecticut Bank and Trust Company as recorded on the West Hartford Land Records on January 6, 2010, at Volume 4456, Page 583, shall be treated in the Plan as a wholly unsecured creditor in the amount of $173,361.58.**

    d) **An Attachment in favor of Webster Bank, N.A., as recorded on the West Hartford Land Records on January 14, 2010, in Volume 4458, Page 563, shall be treated in the Plan as a wholly unsecured creditor in the amount of $75,000.00.**

    e) **A Judgment Lien in favor of Webster Bank, N.A., as recorded on the West Hartford Land Records on May 3, 2010, at Volume 4481, Page 425, shall be treated in the Plan as a wholly unsecured creditor in the amount of $89,928.15.**

    f) **An Attachment in favor of Webster Bank, N. A., as recorded on the West Hartford Land Records on January 25, 2010 at Volume 4460, Page 446, shall be treated in the Plan as a wholly unsecured creditor in the amount of $85,000.00.**

    g) **A Judgment Lien in favor of Webster Bank, N.A., as recorded on the West Hartford Land Records on May 31, 2010, at Volume 4580, Page 571, shall be treated in the Plan as a wholly unsecured creditor in the amount of $103,792.26.**

    **Dated: January 7, 2013**                                                  **BY THE COURT**

                                                                                   Albert S. Dabrowski
                                                                              United States Bankruptcy Judge

    **Hearing held on 12/20/12**